EDWARD P. MURPHY (State Bar No. 182778)
**FORAN GLENNON PALANDECH**
**PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: emurphy@fgppr.com

Attorneys for Defendant DEARBORN
NATIONAL LIFE INSURANCE COMPANY

**FORAN GLENNON PALANDECH PONZI &**
**RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE JENSEN,

Plaintiff,

vs.

DEARBORN NATIONAL LIFE INSURANCE COMPANY, a corporation doing business in California; and DOES 1 to 10, inclusive;

Defendants.

______________________________/

No. 5:17-CV-07320-EJD

**DEARBORN NATIONAL LIFE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DATE: MARCH 28, 2019**
**TIME: 9:00 A.M.**
**PLACE: COURTROOM 4**

Amended Complaint Filed: 11/27/17
Trial Date: None Set

**TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

You are hereby notified that on March 28, 2019, at 9:00 a.m., or as soon thereafter as the matter can be heard before the honorable Edward J. Davila of the above referenced court, located at 280 South 1st Street, Room 2112 San Jose, California 95113, Defendant Dearborn National Life Insurance Company ("Dearborn National") will move this Court for partial summary judgment on

Plaintiff Stephanie Jensen's ("Jensen") second cause of action for breach of the implied covenant of good faith and fair dealing and her claim for punitive damages, pursuant to the Federal Rules of Civil Procedure Rule 56 and Local Rule 56-1 and 56-2.

This motion is based upon the grounds that there are no triable issues of material fact because (1) Jensen's claim is time barred, (2) Dearborn National did not unreasonably withhold policy benefits and reasonably relied on expert opinion in denying continued benefits, and (3) Dearborn National did not act in bad faith and there is no clear and convincing evidence that Dearborn National acted with malice, oppression, or fraud.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Separate Statement of Undisputed Facts, the Declaration of Deborah Stuhr, Declaration of Edward P. Murphy, all of the pleadings and papers filed in this case, and upon such further oral evidence as may be presented at the hearing.

Dated: February 19, 2019

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By: *s/Edward P. Murphy*
EDWARD P. MURPHY

Attorney for Defendant DEARBORN NATIONAL LIFE INSURANCE COMPANY

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500