UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE JENSEN,<br><br>Plaintiff,<br><br>v.<br><br>DEARBORN NATIONAL LIFE INSURANCE,<br><br>Defendant. | Case No.17-cv-07320-EJD (VKD)<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF RE PLAINTIFF'S INDEPENDENT MEDICAL EXAM**<br><br>Re: Dkt. No. 44 |

On June 10, 2019, the close of the fact discovery period, defendant Dearborn National Life Insurance Company ("Dearborn") filed a noticed motion to compel plaintiff Stephanie Jensen to submit to an independent medical exam ("IME"). Dkt. No. 42. Dearborn claimed that although Ms. Jensen indicated she was willing to submit to an IME, she failed to respond when Dearborn attempted to follow up on certain issues. *Id*. On June 10, this Court terminated Dearborn's noticed motion and directed the parties to file, by June 17, 2019, a joint discovery letter in compliance with the undersigned's Standing Order for Civil Cases. Dkt. No. 43.

The parties have now filed a joint discovery letter advising that they agree to an IME, which they stipulate should occur after the fact and expert discovery cutoffs. Dkt. No. 44. They request that this Court "retain jurisdiction over the IME" in the event disputes arise. They also ask for a "suspension" of the fact and expert discovery cutoff dates, which have already passed.

Because the parties' joint discovery letter presents no actual dispute for this Court to resolve, that matter is deemed moot. Inasmuch as all discovery matters have been referred to the undersigned for resolution, any disputes arising from the parties' performance of their agreement regarding an IME should be directed to the undersigned magistrate judge. This Court, however,

expresses no opinion as to the propriety of the parties' agreement to conduct the IME after the fact and expert discovery deadlines. Additionally, the undersigned magistrate judge has no authority to suspend, extend, or modify any case management deadlines (Dkt. No. 37). All such requests must be submitted to Judge Davila, who presides over this matter.

**IT IS SO ORDERED.**

Dated: June 18, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge